UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LEAF PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW LEAF MEDIA, LLC, <br><br> Defendant. | Case No. 2:24-cv-04535-SB-E <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff filed its complaint against Defendant New Leaf Media, LLC on May 31, 2024.  On June 6, 2024, Plaintiff effectuated service on Defendant.  *See* Dkt. No. 10.  Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than July 5, 2024, why its claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before July 5, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: June 28, 2024

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge